**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Kim Murphy, Appellant,

v.

Richland-Lexington School District No. 5 by and through its Board of Trustees by and through Counsel to the Board of Trustees, Respondent.

Appellate Case No. 2016-000211

———————

Appeal From Richland County
DeAndrea G. Benjamin, Circuit Court Judge

———————

Unpublished Opinion No. 2018-UP-355
Submitted April 2, 2018 – Filed August 15, 2018

———————

**DISMISSED**

———————

J. Lewis Cromer, James Paul Porter, and Elizabeth Marie Bowen, all of Cromer Babb Porter & Hicks, LLC, of Columbia, for Appellant.

John Marshall Reagle, of Columbia, for Respondent,

———————

**PER CURIAM:** Kim Murphy appeals the circuit court's order affirming her removal from the Board of Trustees for Richland-Lexington School District No. 5 (the Board). We dismiss this appeal as moot pursuant to Rule 220(b) and the

following authorities:  *Curtis v. State*, 345 S.C. 557, 567, 549 S.E.2d 591, 596 (2001) ("A case becomes moot when judgment, if rendered, will have no practical legal effect upon [the] existing controversy.  This is true when some event occurs making it impossible for [the] reviewing [c]ourt to grant effectual relief." (quoting *Mathis v. S.C. State Highway Dep't*, 260 S.C. 344, 346, 195 S.E.2d 713, 715 (1973))); *Gantt v. Selph*, 423 S.C. 333, ___, 814 S.E.2d 523, 528 (2018) (affirming the circuit court's ruling that Murphy is not qualified to be a candidate for election to a Richland County seat on the Board because evidence in the record supported the finding she is a resident of Lexington County).

**DISMISSED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.